UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMERICAN INSTITUTE FOR HISTORY EDUCATION, LLC | : :<br>:Civil Action No. 10-2607 (RMB/KMW) |
| Plaintiff, | :<br>: |
| v. | : **ORDER**<br>: |
| E-LEARNING SYSTEMS INTERNATIONAL LLC, et al, | :<br>:<br>: |
| Defendants. | :<br>: |

FOR THE REASONS expressed in the Opinion filed herewith,

IT IS on this **16th** day of **November 2010**, **ORDERED** that Defendants' Motion to Transfer is **GRANTED**; and

IT IS FURTHER **ORDERED** that Defendants' remaining motions are **DISMISSED AS MOOT.**

s/Renée Marie Bumb<br>
Renée Marie Bumb<br>
United States District Judge